1 | EILEEN R. RIDLEY, CA Bar No. 151735
   eridley@foley.com
2 | **FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
3 | SUITE 1700
SAN FRANCISCO, CA 94104-1520
4 | TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507

MATTHEW B. LOWRIE *(Pro Hac Vice pending)*
   mlowrie@foley.com
LUCAS I. SILVA *(Pro Hac Vice pending)*
   lsilva@foley.com
**FOLEY & LARDNER LLP**
111 HUNTINGTON AVENUE
SUITE 2500
BOSTON, MA 02199
TELEPHONE: 617.342.4000
Facsimile: 617.342.4001

Attorneys for Plaintiff BELL SPORTS, INC.

APPROVED
Judge Edward J. Davila

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| BELL SPORTS, INC., A CALIFORNIA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>R. A. ALLEN COMPANY, INC., A MASSACHUSETTS CORPORATION,<br><br>    Defendant. | Case No. 5:17-cv-03142-EJD<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE (L.R. 6-1)** |

1     Pursuant to Local Rule 6-1, Defendant R. A. Allen Company, Inc. ("Defendant"), on the one hand, and Plaintiff Bell Sports, Inc. ("Plaintiff"), on the other, hereby stipulate, by and through their respective counsel of record, as follows:

## RECITALS

WHEREAS, the Complaint in this action was filed on May 31, 2017;

WHEREAS, the Complaint was served on the Defendant on or about July 18, 2017;

WHEREAS, the parties previously requested extensions of the deadline to respond to the Complaint in this action on August 1, 2017 and August 17, 2017;

WHEREAS, the parties now request that Defendant's deadline to respond to the Complaint be extended to September 22, 2017;

WHEREAS, a Case Management Conference in this matter is scheduled to be held on September 14, 2017 at 1:00 p.m.;

WHEREAS, the parties further request a continuance of the Case Management Conference to a time at the Court's convenience but after September 22, 2017;

WHEREAS, this extension of time and continuance are sought because the parties continue to engage in good faith settlement discussions, but additional time is necessary;

WHEREAS, the parties believe the requested extension of time and continuance will be sufficient to allow them to complete their ongoing settlement discussions:

## STIPULATION

THEREFORE, IT IS STIPULATED AND AGREED, by and between the Defendant and Plaintiff, through their respective counsel, that the deadline for the Defendant to file its response to the Complaint shall be extended to September 22, 2017, and the Case Management Conference shall be continued to a date and time that is convenience for the Court on or after September 25, 2017.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: August 31, 2017 | **DAVIS MALM & D'AGOSTINE, P.C.**<br>James E. Gallagher<br><br>*/s/* _____<br>James E. Gallagher<br>Attorney for Defendant<br>**R. A. ALLEN COMPANY, INC. A CALIFORNIA CORPORATION** |
| DATED: August 31, 2017 | **FOLEY & LARDNER LLP**<br>Eileen R. Ridley<br>Matthew B. Lowrie *(Pro Hac Vice Pending)*<br>Lucas I. Silva *(Pro Hac Vice Pending)*<br><br>*/s/* _____<br>Eileen R. Ridley<br>Attorneys for Plaintiff<br>BELL SPORTS, INC. |

Pursuant to the parties' stipulation, the deadline for Defendant to file its response to the Complaint is extended to September 22, 2017. The case management conference is continued to November 2, 2017 at 10:00 a.m. The parties shall file a joint case management statement no later than October 23, 2017.

DATED: Sept. 5, 2017

EDWARD J. DAVILA
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulation has been obtained from all signatories to the Stipulation.

DATED: August 31, 2017

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Matthew B. Lowrie *(Pro Hac Vice Pending)*
Lucas I. Silva *(Pro Hac Vice Pending)*

 */s/* _____
Eileen R. Ridley
Attorneys for Plaintiff
BELL SPORTS, INC.