EILEEN R. RIDLEY, CA Bar No. 151735
  eridley@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

MATTHEW B. LOWRIE *(Pro Hac Vice pending)*
  mlowrie@foley.com
LUCAS I. SILVA *(Pro Hac Vice pending)*
  lsilva@foley.com
**FOLEY & LARDNER LLP**
111 HUNTINGTON AVENUE
SUITE 2500
BOSTON, MA 02199
TELEPHONE: 617.342.4000
Facsimile:   617.342.4001

Attorneys for Plaintiff BELL SPORTS, INC.

APPROVED
Judge Edward J. Davila
10/23/2017

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BELL SPORTS, INC., A CALIFORNIA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> R. A. ALLEN COMPANY, INC., A MASSACHUSETTS CORPORATION, <br><br> Defendant. | Case No. 5:17-cv-03142-EJD <br><br> **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the plaintiff hereby dismisses all claims asserted in this action without prejudice, without costs or fees to any parties. Plaintiff waives any and all appellate rights.

DATED: October 20, 2017

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Matthew B. Lowrie *(Pro Hac Vice Pending)*
Lucas I. Silva *(Pro Hac Vice Pending)*

 */s/ Eileen R. Ridley*
Eileen R. Ridley
Attorneys for Plaintiff
BELL SPORTS, INC.